```
                      UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION


UNITED STATES OF AMERICA,        )
                                 )
            Plaintiff,           )
                                 )
      v.                         )    No. 4:05 CR 364 HEA
                                 )                    DDN
JOHN HAAS,                       )
                                 )
            Defendant.           )
```

**ORDER AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

This action is before the court upon the pretrial motions of the parties which were referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b). An evidentiary hearing was set for May 24, 2006.

On May 24, 2006, defendant appeared in open court, with counsel, and advised the undersigned that he had decided not to raise any issues by way of pretrial motions. He thereupon waived his rights to file pretrial motions and to have a pretrial hearing.

Accordingly,

**IT IS HEREBY RECOMMENDED** that the motion of defendant to suppress evidence and statements (Doc. 14) be denied as moot.

The parties are advised they have until June 5, 2006,[1] to file written objections to this Order and Recommendation. The failure to file objections may result in a waiver of the right to appeal issues of fact.

---

[1] This is 11 calendar days from May 24, 2006. See Federal Rule of Criminal Procedure 45(a)(2).

## ORDER SETTING TRIAL DATE

As directed by the District Judge, this matter is set for a jury trial on the docket commencing June 26, 2006, at 9:30 a.m.

_____
**DAVID D. NOCE
UNITED STATES MAGISTRATE JUDGE**

Signed on May 24, 2006.