UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:05CR364 HEA |
| ) | |
| JOHN HASS, ) | |
| ) | |
| Defendant. ) | |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on Defendant John Haas' Motion to Suppress Evidence and Statements [#14]. The Court referred this matter to United States Magistrate Judge David D. Noce for a report and recommendation pursuant to 28 U.S.C. § 636(b). An evidentiary hearing was set for May 24, 2006 before Judge Noce. On that day, Defendant appeared in open court, with counsel, and advised Judge Noce that he had decided not to raise any issues by way of pretrial motions. Defendant waived his rights to file pretrial motions and to have a pretrial hearing. Judge Noce filed his report, recommending that Defendant's motion to suppress be denied as moot. No objections to the report and recommendation have been filed.

After careful consideration, the Court will adopt and sustain the sound reasoning of Judge Noce as set forth in his report and recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant John Haas' Motion to Suppress Evidence and Statements [#14] is denied as moot.

Dated this 9th day of June, 2006.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE